UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAN LEE,

                        Plaintiff,

            v.

SAMSUNG ELECTRONICS AMERICA,
INC.,

                        Defendant.

Case No.  15-cv-05235-MEJ

**ORDER TO SHOW CAUSE**

On November 23, 2015, Defendant Samsung Electronics America, Inc. filed a Motion to
Compel Arbitration, with a noticed hearing date of January 14, 2016.  Dkt. No. 12.  However,
Plaintiff Alan Lee failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the
Court hereby VACATES the motion hearing and ORDERS Plaintiff Alan Lee to show cause why
this case should not be dismissed for failure to prosecute and failure to comply with court
deadlines.  Plaintiff shall file a declaration by December 17, 2015.  If a responsive declaration is
filed, the Court shall either issue an order based on the declaration or conduct a hearing on
December 31, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San
Francisco, California.  Notice is hereby given to Plaintiff that the Court may dismiss this case
without a hearing if no responsive declaration is filed.  Thus, it is imperative that the Court receive
a written response by the deadline above.

        **IT IS SO ORDERED.**

Dated: December 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEE,<br><br>         Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>         Defendant. | Case No.   15-cv-05235-MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron S. Gorfein
Law Office of Aaron S. Gorfein
55 New Montgomery St., Suite 622
San Francisco, CA 94105

Dated: December 9, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2