CHRISTOPHER A. LILLY (SBN 192479)
Email: clilly@troygould.com
ARVIN TSENG (SBN 245648)
Email: atseng@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Samsung Electronics America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEE,<br><br>             Plaintiff,<br>      v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; and DOES 1–40, inclusive,<br><br>             Defendants. | Case No. 15-cv-05235-EMC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Assigned for All Purposes To:<br>Hon. Edward M. Chen<br>Ctrm:   5<br><br>Date:   July 21, 2016<br>Time:   9:30 a.m. |

[~~PROPOSED~~]

**ORDER**

Having reviewed the Joint Stipulation to Continue Case Management Conference submitted by the parties, and good cause appearing, the Court hereby orders that the Case Management Conference currently scheduled for July 21, 2016 is continued to: November 17, 2016.

Dated: July 20, 2016

*IT IS SO ORDERED AS MODIFIED*

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TroyGould PC**

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

03670-0002 283854.1