CHRISTOPHER A. LILLY (SBN 192479)
Email: clilly@troygould.com
ARVIN TSENG (SBN 245648)
Email: atseng@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Samsung Electronics America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEE,<br><br>             Plaintiff,<br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; and DOES 1–40, inclusive,<br><br>             Defendants. | Case No. 15-cv-05235-EMC<br><br>[PRO~~PO~~SED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Assigned for All Purposes To:<br>Hon. Edward M. Chen<br>Ctrm:   5<br><br>Date:   November 22, 2016<br>Time:   1:30 p.m. |

**[~~PROPOSED~~]**

**ORDER**

Having reviewed the Joint Stipulation to Continue Case Management Conference submitted by the parties, and good cause appearing, the Court hereby orders that the Case Management Conference currently scheduled for November 22, 2016 is continued to:

_____
<pre>
            June 1, 2017 at 9:30 a.m.  An updated joint CMC statement shall
            be filed by May 25, 2016.
             21
</pre>

Dated: November ___, 2016

_____
Hon. Edward M. Chen
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen